

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-14-00041-CR

Kyle **MILLER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5502
Honorable Pat Priest, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

The Appellant's Motion to Obtain Transcripts of Motion Hearing is hereby DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court